# Third District Court of Appeal
## State of Florida

Opinion filed February 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1050
Lower Tribunal No. 22-0050 AP
_____

**Minor Street, LP,**
Appellant,

vs.

**Daniel L. Allen, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Bercow Radell Fernandez Larkin & Tapanes, PLLC, and Nicholas Jay Rodriguez-Caballero and Thomas H. Robertson; Capua Law Firm, P.A., and Marisa Pia Capua, for appellant.

James M. Mahaffey III, for appellees.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

Appellant Minor Street LP #1 appeals from an order denying its motion for sanctions against Appellee Daniel Allen. Because Minor Street did not provide this Court with a transcript of the relevant proceeding below, we cannot review the circuit court's reasoning and, thus, cannot know "the factual context, neither can [we] reasonably conclude that the [lower court] so misconceived the law as to require reversal." See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979); see also Roberts v. Diaz, 343 So. 3d 156, 157 (Fla. 3d DCA 2022) ("We affirm because we cannot review the factual issues on appeal without a transcript of the hearings below."); Kitchen Design Cabinets, Inc. v. Bentley, 320 So. 3d 1013, 1014 (Fla. 1st DCA 2021) ("Without any transcripts, we have no means by which to review the trial court's resolution of these important factual issues.").

Affirmed.